# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANA J. BARKHOSIR, | Case No.: 1:20-cv-1058 JLT |
| Plaintiff, | ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 21) |
| Defendant. | |

On September 16, 2021, the parties stipulated for the Commissioner to have an extension of thirty days to respond to Plaintiff's motion for summary judgment. (Doc. 21) Sathya Oum, counsel for the Commissioner, asserts the extension is necessary due to a workload that includes "16 briefs due in district court cases over the next months." (*Id.* at 2) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**: The extension of time (Doc. 21) is **GRANTED**; and the Commissioner **SHALL** file a response to Plaintiff's motion for summary judgment no later than **October 18, 2021**.

IT IS SO ORDERED.

Dated: **September 17, 2021**          _/s/ Jennifer L. Thurston_
                                   CHIEF UNITED STATES MAGISTRATE JUDGE